No. 422, Misc. CHAPMAN *v.* NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 430, Misc. JACKSON, ALIAS WILLIAMS, *v.* CULVER, STATE PRISON CUSTODIAN. Supreme Court of Florida. Certiorari denied.

No. 434, Misc. DASHOSH *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 439, Misc. PETERSON *v.* NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 441, Misc. BOONE *v.* NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 443, Misc. ROBERTS *v.* ELLIS, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 444, Misc. JACKSON *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 448, Misc. HENSLEY *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied.

No. 452, Misc. AARON *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 456, Misc. CRONIN *v.* CONBOY, SUPERINTENDENT OF GREAT MEADOW CORRECTIONAL INSTITUTION, ET AL. Court of Appeals of New York. Certiorari denied.